UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

EDWARD ARNOLD MILLER,
                DEBTOR.
_____/

CHAPTER 13
CASE NO. 14-49590-MBM
JUDGE MARCI B. MCIVOR

### TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF WELLS FARGO FINANCIAL NATIONAL BANK (PACER CLAIM NO. 5-1)

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Proof of Claim filed on behalf of Wells Fargo Financial National Bank (PACER Claim No. 5-1), and in support thereof states as follows:

    1. The proof of claim filed on behalf of Wells Fargo Financial National Bank (PACER Claim No. 5-1), asserts that the claim is secured, but fails to attach proof that its security interest has been perfected in contravention of F.R.Bankr.P. 3001(d).

    **WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court allow the proof of claim filed on behalf of Wells Fargo Financial National Bank (PACER Claim No. 5-1), as an unsecured non-priority claim in its entirety, and grant any other and further relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made to Wells Fargo Financial National Bank.

                OFFICE OF DAVID WM. RUSKIN,
                STANDING CHAPTER 13 TRUSTEE

Dated: August 5, 2015    By: __/s/ Lisa K. Mullen_____
                                     LISA K. MULLEN (P55478)
                                     THOMAS D. DECARLO (P65330)
                                     Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                                     1100 Travelers Tower
                                     26555 Evergreen Road
                                     Southfield, MI 48076-4251
                                     Telephone (248) 352-7755

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:

EDWARD ARNOLD MILLER,
                 DEBTOR.
_____/

CHAPTER 13
CASE NO. 14-49590-MBM
JUDGE MARCI B. MCIVOR

### (PROPOSED)
### ORDER ALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF
### WELLS FARGO FINANCIAL NATIONAL BANK (PACER CLAIM NO. 5-1)

      This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

      IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Wells Fargo Financial National Bank (PACER Claim No. 5-1) on July 31, 2014, in the amount of $7,040.63 is allowed as an unsecured non-priority claim in its entirety;

      IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

EXHIBIT 1

Form B20B (Official Form 20B)
12/1/2010

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN RE:**<br>EDWARD ARNOLD MILLER,<br>       DEBTOR.<br>AKA or DBA (if any): | CHAPTER 13<br>CASE NO. 14-49590-MBM<br>JUDGE MARCI B. MCIVOR |

Address(es):
15776 Rosemont Ave.
Detroit, MI 48223-0000

Social Security Number(s):

Employer's Tax Identification (EIN) No(s). (if any):
_____/

### NOTICE OF OBJECTION TO CLAIM FILED ON BEHALF OF WELLS FARGO FINANCIAL NATIONAL BANK (PACER CLAIM NO. 5-1)

The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before September 17, 2015, you or your lawyer must:

  1.  File with the court a written response to the objection, explaining your position, at:

      U.S. Bankruptcy Court
      211 W. Fort Street, Suite 2100
      Detroit, MI 48226

  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

  You must also mail a copy to:

  Moran Law Office, 25600 Woodward Ave Suite 201, Royal Oak, MI 48067-0000
  David Wm. Ruskin, 26555 Evergreen Rd., Ste 1100, Southfield, MI 48076
  WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438

  2.  Attend the hearing on the objection, scheduled to be held on September 24, 2015, at 9:00 a.m., in Courtroom 1875, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

      OFFICE OF DAVID WM. RUSKIN,
      STANDING CHAPTER 13 TRUSTEE

Dated: August 5, 2015  By: \_\_\_/s/ Lisa K. Mullen_____
         LISA K. MULLEN (P55478)
         THOMAS D. DECARLO (P65330)
         Attorneys for Chapter 13 Trustee, David Wm. Ruskin
         1100 Travelers Tower
         26555 Evergreen Road
         Southfield, MI 48076-4251
         Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Edward Arnold Miller,

              DEBTOR.

CHAPTER 13
CASE NO. 14-49590-MBM
JUDGE MARCI B. MCIVOR

/

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF WELLS FARGO FINANCIAL NATIONAL BANK (PACER CLAIM NO. 5-1)

      I hereby certify that on August 5, 2015, I electronically filed the Trustee's Objection to the Proof of Claim filed on behalf of Wells Fargo Financial National Bank (PACER Claim No. 5-1) With (Proposed) Order Allowing the Proof of Claim filed on behalf of Wells Fargo Financial National Bank (PACER Claim No. 5-1), Notice of Objection to Claim filed on behalf of Wells Fargo Financial National Bank (PACER Claim No. 5-1) and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

      The following parties were served electronically:

            MORAN LAW OFFICE
            25600 WOODWARD AVE SUITE 201
            ROYAL OAK, MI  48067-0000

      The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

            EDWARD ARNOLD MILLER
            15776 ROSEMONT AVE.
            DETROIT, MI  48223-0000

            WELLS FARGO BANK, N.A.
            PO BOX 10438
            DES MOINES, IA  50306-0438

                          ___/s/ Jayme L. DePriest_____
                          Jayme L. DePriest
                          For the Office of the Chapter 13 Standing Trustee-Detroit
                          1100 Travelers Tower
                          26555 Evergreen Road
                          Southfield, MI 48076-4251
                          (248) 352-7755