UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Edward Miller

CHAPTER 13
CASE NO.14-49590
JUDGE:McIvor

Debtor(s).
_____/

# STIPULATION RESOLVING DEBTOR PLAN MODIFICATION

This matter having come on for hearing on July 26, 2018, regarding
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case.
- ☐ confirmation.
- ☐ a motion to lift stay as to creditor _____
- ☒ Other: Plan Modification _____

the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY STIPULATED** that the Chapter 13 Plan is modified as follows:
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ The delinquency of $8,844.00 is hereby excused.
- ☒ The debtor's plan payment shall increase to $845 per month effective the date of this Order.

**IT IS FURTHER STIPULATED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

| Approved per Local Rules (EDM): | Approved as to form and content: | Approved as to form and content: |
|---|---|---|
| /s/ David Wm. Ruskin<br>DAVID WM. RUSKIN (P26803)<br>Chapter 13 Standing Trustee<br>1100 Travelers Tower<br>26555 Evergreen Road<br>Southfield, MI 48076-4251<br>(248) 352-7755 | _____<br><br>Attorney for Creditor | /s/ Ryan B. Moran<br>Ryan B. Moran (P70753)<br>Attorney for Debtor<br>Moran Law<br>25600 Woodward Ave Suite 201<br>Royal Oak, MI 48067<br>(248) 246-6536 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE: Edward Miller

                                         CHAPTER 13
                                         CASE NO. 14-49590
        Debtor(s).                        JUDGE: McIvor
_____/

## ORDER RESOLVING DEBTOR PLAN MODIFICATION

This matter having come on for hearing on July 26, 2018, regarding
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐   a motion to dismiss case.     ☐ confirmation.
☐   a motion to lift stay as to creditor _____
☒   Other:   Plan Modification _____

the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the Chapter 13 Plan is modified as follows:
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   The delinquency of $8,844.00 is hereby excused.
☒   The debtor's plan payment shall increase to $845 per month effective the date of this Order.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.