UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Edward Arnold Miller,

              DEBTOR.

_____/

CHAPTER 13
CASE NO. 14-49590-MBM
JUDGE MARCI B. MCIVOR

## STIPULATION FOR ENTRY OF ORDER MODIFYING PLAN

The Chapter 13 Standing Trustee, David Wm. Ruskin and Debtor Attorney, MORAN LAW OFFICE hereby stipulate and agree to the entry of an Order Modifying Plan in the form attached hereto as Exhibit 1.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Approved:

| | |
|---|---|
| /s/ Thomas D. DeCarlo | /s/ Cassandra L. Leo |
| DAVID WM. RUSKIN (P26803) | CASSANDRA L. LEO (P81345) |
| Attorney and Chapter 13 Trustee | MORAN LAW OFFICE |
| LISA K. MULLEN (P55478), Staff Attorney | Attorney for Debtor |
| THOMAS D. DECARLO (P65330), Staff Attorney | 25600 WOODWARD AVE SUITE 201, |
| 1100 Travelers Tower | ROYAL OAK, MI 48067-0000 |
| 26555 Evergreen Road | |
| Southfield, MI 48076-4251 | |
| Telephone (248) 352-7755 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

Edward Arnold Miller,

                DEBTOR.

_____/

CHAPTER 13
CASE NO. 14-49590-MBM
JUDGE MARCI B. MCIVOR

## ORDER MODIFYING PLAN

    This matter having come on for hearing on _____8/23/2018_____, regarding
[*ONLY PROVISIONS CHECKED BELOW APPLY*]

- ☐ a motion to dismiss case.
- ☐ a motion to lift stay as to creditor_____.
- ☐ a confirmation.
- ☒ Other: Debtor's Plan Modification,

the parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

    IT IS HEREBY ORDERED that the Chapter 13 Plan is modified as follows:

[*ONLY PROVISIONS CHECKED BELOW APPLY*]

- ☒ Debtor's plan payments shall be increased from $804.00 per month to $845.00 per month, effective 8/23/2018..
- ☐ Debtor shall file amended _____ on or before _____. In the event that the debtor fails to file amendments within the time specified, then the Trustee may submit to the Bankruptcy Court an affidavit attesting to the failure to file such amendments and an Order of Dismissal, and the proceedings may be thereafter dismissed without a further hearing, or notice.
- ☐ In the event that debtor fails to make any future Chapter 13 plan payments, the Trustee or any party in interest may submit a notice of default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Trustee or any party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.
- ☐ Other:

    IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

EXHIBIT 1