UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**In re:**                                      Chapter 13

Edward Miller                       Case No. 14-49590

                                              Judge: Hon. Phillip Shefferly

        Debtor(s).                  /

## **Affidavit of Edward Miller**

I, Edward Miller, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. My name is Edward Miller, and I reside at 15776 Rosemont Ave.., Detroit, MI 48223.

2. I am over 18 years of age, of sound mind, and qualified and competent in all respects to make this affidavit.

3. I have not filed 2018State or Federal Taxes.

4. I was not required to file a 2018 State or Federal Taxes as I had not earned enough taxable income to require filing a tax return for that/those year(s).


January 23, 2020                              /s/Edward Miller
Date                                                  Edward Miller